IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VLADAMIR GOLOVEY,

       Plaintiff,                           No. 2:09-cv-1978 MCE JFM

    vs.

SAXON MORTGAGE SERVICES, INC.,
et al.,

       Defendants.                     ORDER

_____/

       This matter was initially referred to the undersigned for pretrial management because plaintiff was proceeding pro se. Plaintiff is now represented by counsel. (Docket No. 20.) Pretrial matters, other than discovery motions, should now be noticed before the District Judge assigned to this action.

       Accordingly, IT IS HEREBY ORDERED that:

       1. This matter is referred back to the District Judge assigned to this action.

       2. All dates pending before the undersigned are vacated; and

       3. Henceforth the case number on documents filed in this action shall be: No. 2:09-cv-1978 MCE JFM.

DATED: November 30, 2009.

                                           UNITED STATES MAGISTRATE JUDGE

001; golovey.ref