UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

---

VLADAMIR GOLOVEY,

        Plaintiff,

   v.

SAXON MORTGAGE SERVICES, INC.;
BANK OF AMERICA CORPORATION;
MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC. AND
DOES 1-50,

        Defendants.

No. 2:09-cv-01978-MCE-JFM

MEMORANDUM AND ORDER

----oo0oo----

Presently before the Court is a Motion by Defendants Saxon Mortgage Services, Inc. and Mortgage Electronic Registration Systems, Inc. ("Defendants") to Dismiss the First Amended Complaint of Plaintiff Vladimir Golovey ("Plaintiff") for failure to state a claim upon which relief may be granted pursuant to Federal Rule of Civil Procedure 12(b)(6).[1]

Plaintiff originally filed in state court alleging several violations of law in connection with his mortgage loan.

---

[1] Because oral argument will not be of material assistance, the Court orders this matter submitted on the briefs. E.D. Cal. Local Rule 230(g).

1

1  Defendants removed the suit to federal court.  Plaintiff has
2  since filed an Amended Verified Complaint, which now serves as
3  the basis of this suit.
4      Plaintiff's Amended Complaint does not allege any basis for
5  federal jurisdiction.  In fact, Plaintiff alleges in Paragraph 6
6  of his Amended Complaint entitled "Venue and Jurisdiction" that
7  "(v)enue is proper in the State Court as the SUBJECT PROPERTY is
8  located within its jurisdiction, not federal Court." While
9  allegations of violations of federal law and diversity of
10 jurisdiction existed in the original Complaint, none exist in the
11 Amended Complaint.  Defendants did not address this issue.
12 Notwithstanding that there are no allegations claiming federal
13 jurisdiction in the Amended Complaint, Defendants continue to
14 address each of Plaintiff's claims on the merits.  In view of
15 this Court lacking subject matter jurisdiction in this case,
16 Defendants' arguments should be directed to the state court.  On
17 the Court's own motion, the case is dismissed without prejudice.
18 In light of the Court's ruling, Defendants Motion is denied as
19 moot.
20     The matter is REMANDED to the Superior Court of California,
21 County of Sacramento. The Clerk is directed to close the case.
22     IT IS SO ORDERED.

Dated: January 29, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2